United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

    Plaintiff,

    v.

BUSTOS, et al.,

    Defendants.

Case No. 26-cv-02548 BLF (PR)

**ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING JUDGMENT; REOPENING ACTION; GRANTING FINAL EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION**

(Docket No. 10)

Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 in the Eastern District of California. Dkt. No. 1. The matter was transferred to this Court on March 26, 2026. Dkt. No. 5. On the same day, the Clerk sent Plaintiff a notice that the civil action was deficient because he did not file an *In Forma Pauperis* ("IFP") Application. Dkt. No. 6. Plaintiff was directed to correct the deficiency and provided with the IFP form and postage-paid return envelope, with the warning that the action would be dismissed if he failed to respond within 28 days from the filing date of the notice. *Id.* When the deadline passed without a response, the Court dismissed the matter without prejudice and entered judgment on May 22, 2026. Dkt. Nos. 8, 9.

Plaintiff has filed a "motion," asking the Court to grant the attached IFP application, stating that he believed he sent it without indicating the case number. Dkt. No. 10 at 3. The Court construes the filing as a motion for reconsideration, and in the interest of justice,

GRANTS the motion.  However, the attached IFP application is not the correct form for this Court.  *Id.* at 5-7.  Furthermore, it is also insufficient because it lacks the following supporting documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and (2) a copy of his prisoner trust account statement showing transactions for the last six months.  *See* Dkt. No. 6.  Plaintiff shall be granted one final extension of time to file the correct IFP application and supporting documents.  The application shall be filed **no later than twenty-eight (28) days** from the date this order is filed.  **No further extensions of time shall be granted.**

**Failure to file a complete IFP application in the time provided will result in this matter being dismissed without prejudice for failure to pay the filing fee.**

For the reasons stated above, the Judgment entered on May 22, 2026, Dkt. No. 9, is **VACATED**.  The Clerk shall reopen this matter.

The Clerk shall include a copy of the Court's blank prisoner IFP application and postage-paid return envelope with a copy of this order to Plaintiff.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Recon; Reopen; EOT to file IFP
P:\PRO-SE\BLF\CR.26\02548Price_grant-recon&reopen

United States District Court
Northern District of California

2